No. 77-767. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO, CLC, LOCAL UNION No. 1805 v. WESTINGHOUSE ELECTRIC CORP., AEROSPACE DIVISION. C. A. 4th Cir. Certiorari denied.

No. 77-817. BRISENDINE ET AL. v. NATIONAL MOVIE-DINE, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 77-820. CHASES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77-821. CHASES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77-825. TUCKER v. HARTFORD NATIONAL BANK & TRUST CO. Sup. Ct. Conn. Certiorari denied.

No. 77-840. NIEVES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 77-876. WRIGHT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77-5214. PEREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77-5312. SWEETWINE v. WARDEN, MARYLAND STATE PENITENTIARY. Baltimore City Ct. Certiorari denied.

No. 77-5389. FEARON v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 77-5406. ADAMS v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 77-5431. TYLER v. DYER, CLERK, CIRCUIT COURT OF PLATTE COUNTY. C. A. 8th Cir. Certiorari denied.

No. 77-5447. LIPSCOMB v. UNITED STATES. C. A. 8th Cir. Certiorari denied.